# KEANE & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD CT, 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial:  917-778-6462
Email: ACGROSS@TRAVELERS.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

November 4, 2020

BY ECF:

Hon. John P. Cronan
United States District Court
Southern District of New York
Danial Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    **Re:**    **Travelers Property Casualty Company of America v. Harleysville Insurance Company**
            Case Number: 20-cv-6689 (JPC)
            Our Matter Number: 2020072713

Dear Judge Cronan:

       This firm represents the plaintiff, Travelers Property Casualty Company of America ("Travelers"), in the above referenced matter. I write to request an adjournment of the Initial Status Conference in this matter, currently scheduled for November 9, 2020, until November 23, 2020, or to such other date thereafter as is convenient for the Court.

       The reason for this request is that Defendant Harleysville Insurance Company ("Harleysville") has not yet appeared in this matter, though its deadline to respond to the Complaint has passed.  Travelers believes that an Initial Status Conference would be more productive once Harleysville has appeared and the parties have had an opportunity to submit to the court a joint letter and proposed case management plan.  I intend to follow up with Harleysville directly today and to provide a courtesy copy of the as-served Summons and Complaint.

       This is Travelers' second request for an adjournment of the Initial Status Conference. The Initial Status Conference was originally scheduled for October 16, 2020, but Travelers sought and this Court granted an adjournment to November 9, 2020, because Harleysville had not yet appeared in the action and its deadline to respond to the Complaint was not until after

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| **CONNECTICUT OFFICE:** | **NEW YORK OFFICE:** |
|---|---|
| **ONE TOWER SQUARE** | **485 LEXINGTON AVENUE** |
| **HARTFORD CT, 06183** | **6TH FLOOR** |
| | **NEW YORK, NY 10017** |

October 16, 2020.  Travelers has not sought consent from opposing counsel for the relief requested in this letter because no counsel has yet appeared in this matter for Harleysville.

                                              Respectfully,

                                              /s/ Amy C. Gross

                                              Amy C. Gross

Plaintiff's request is GRANTED.  The Initial Pretrial Conference scheduled for November 9, 2020, at 3:00 p.m. is hereby adjourned to November 24, 2020, at 12:00 p.m.

SO ORDERED.

Date: November 4, 2020

New York, New York

                              _____
                              JOHN P. CRONAN
                              United States District Judge

Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates

| CONNECTICUT OFFICE: | NEW YORK OFFICE: |
| --- | --- |
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE |
| HARTFORD CT, 06183 | 6TH FLOOR |
| | NEW YORK, NY 10017 |